UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION, LABORERS WELFARE FUND, et al. </br></br>  Plaintiff(s), </br></br> vs. </br></br> TRUSS BROTHERS CONSTRUCTION CO, INC., </br></br>  Defendant(s). | Case No. 4:07CV1167 JCH |

## ORDER

This matter is before the Court upon Plaintiffs' Motion to Compel Discovery, filed June 30, 2009. (Doc. No. 28). Plaintiffs state that Tim Truss, an officer of defendant Truss Brothers Construction Co., Inc., failed to appear for a post-judgment deposition pursuant to Fed.R.Civ.P. 69. Plaintiffs seek an order compelling Mr. Truss to appear for a deposition at the Plaintiffs' counsel's office.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery (Doc. No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Tim Truss is compelled to appear for a post-judgment deposition at the office of Plaintiffs' counsel on Monday, July 20, 2009 at 12:00 p.m.

Dated this 2nd day of July, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE