UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:07CV1167 JCH |
| TRUSS BROTHERS CONSTRUCTION CO, INC., | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiffs' Motion to Compel Discovery, filed July 12, 2011 (Doc. No. 34). In their Motion to Compel Discovery, Plaintiffs seek an order compelling defendant to appear for a post-judgment deposition on Monday, August 15, 2011, at 10:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery (Doc. No. 34) is **GRANTED**. Defendant shall appear for a post-judgment deposition on Monday, August 15, 2011, at 10:00 a.m at the office of Plaintiffs' counsel.

Dated this 21st day of July, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE