UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION, LABORERS WELFARE FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:07CV1167 JCH |
| TRUSS BROTHERS CONSTRUCTION CO, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon Plaintiffs' Motion to Compel Discovery, filed October 18, 2011. (Doc. No. 37). Plaintiffs state that Tim Truss, an officer of defendant Truss Brothers Construction Co., Inc., failed to appear for a post-judgment deposition pursuant to Fed.R.Civ.P. 69. Plaintiffs seek an order compelling Mr. Truss to appear for a deposition at the Plaintiffs' counsel's office on November 21, 2011 at 11:00 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Discovery (Doc. No. 37) is **GRANTED**.

**IT IS FURTHER ORDERED** that Tim Truss is compelled to appear for a post-judgment deposition at the office of Plaintiffs' counsel on Monday, November 21, 2011 at 11:00 a.m.

Dated this   20th   day of October, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE